UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

TERRI GREEN

    Plaintiff,

    v.

Case No.: 19-cv-1029

NEUROSPINE CENTER OF WISCONSIN, S.C.

    Defendant

## STIPULATION OF DISMISSAL

The parties hereby stipulate that, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), all claims and causes of action may be dismissed upon the merits, with prejudice and without costs to either party.

Dated: October 9, 2019    By: *s/ Scott S. Luzi*
Scott S. Luzi, SBN 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: 262.780.1953
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*

Dated: October 9, 2019    By: *s/ Elizabeth E. Odian*
Elizabeth E. Odian, SBN 1084776
Michael Best & Friedrich LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin 53202
Telephone: 414.347.4770
Email: eaodian@michaelbest.com

*Attorneys for Defendant*